## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| THOMAS C. WOLTER, | ) | Case No.: | 07-16611 |
| | ) | | |
| | ) | Judge: | Hon. Carol A. Doyle |
| Debtor. | ) | Date of Hrg: | 08/19/08 |
| | ) | Time of Hrg: | 10:00 A.M. |

### ORDER AWARDING GENERAL COUNSEL COMPENSATION

**THIS MATTER** having come before the Court on the Motion of THOMAS E. SPRINGER, General Counsel to the Trustee, the Court having reviewed the Motion and heard the statements of counsel, and being otherwise fully advised in the premises;

### IT IS HEREBY ORDERED

1.     That the Trustee is authorized to pay forthwith requested attorneys' fees in the amount of $13,005.00  to Thomas E. Springer as general counsel, from the estate account.

2.     No reason exists in law or equity to delay entry and enforcement of this Order.

DATED:_____          ENTERED:

_____
Honorable Carol A. Doyle
United States Bankruptcy Judge

Prepared by:
Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000