UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| WOLTER, THOMAS C | ) | CASE NO. 07-16611 |
| | ) | |
| Debtor. | ) | Hon. CAROL A. DOYLE |

## TRUSTEE'S FINAL REPORT

To: THE HONORABLE EUGENE R. WEDOFF
    BANKRUPTCY JUDGE

NOW COMES HORACE FOX, JR., Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on September 12, 2007. HORACE FOX, JR. was appointed Trustee on September 12, 2007. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $69,100.00. The trustee proposes to abandon the following property at the hearing, $1,200.00 in 1991 Buick Skylark automobile Location: In debtor's possession, $1,500.00 in 7 rooms of household goods furniture and furnishings, TV, stereo, computer system, washer dryer personal effects Location: In debtor's possession, $300.00 in cash Location: In debtor's possession, $1,000.00 in checking account 2260831199 Location: Associated Bank, $250.00 in crystal glasses, 2 old paintings Location: In debtor's possession, $15,000.00 in deceased spouses

share homestead, $500.00 in necessary clothing Location: In debtor's possession, $32,750.00 in Savings Account Assciated Bank Location: Associated Bank, $15,000.00 in Savings acct Assoc Bank holding proceeds of homestead sale, $600.00 in security deposit Location: landlord, $1,000.00 in whole life insurance policy Location: In debtor's possession.

4. A summary of the trustee's final account as of April 14, 2009 is as follows:

|   |   |   |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $39,105.87 |
| b. | DISBURSEMENTS (See Exhibit C) | $7,049.80 |
| c. | NET CASH available for distribution | $32,056.07 |
| d. | TRUSTEE PROFESSIONAL COSTS: | |
| | 1. Trustee compensation requested (See Exhibit E) | $4,660.59 |
| | 2. Trustee Expenses (See Exhibit E) | $0.00 |
| | 3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) | |

5. The Bar Date for filing unsecured claims expired on February 08, 2008.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims | $4,660.59 |
| c. | Allowed Chapter 11 administrative | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $27,395.48 |

7. Trustee proposes that unsecured creditors receive a distribution of 67.54% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $7,000.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $4,660.59.

9. A fee of $0.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

                                                RESPECTFULLY SUBMITTED

Date: April 14, 2009                /s/ HORACE FOX, JR., Trustee
                                            SIGNATURE

                                            HORACE FOX, JR.
                                            TRUSTEE NAME

                                            6 East Monroe
                                            Suite 1004
                                            Chicago, IL 60603
                                            ADDRESS

## TASKS PERFORMED BY TRUSTEE
## EXHIBIT A

Maintained estate's bookkeeping records, and filed the necessary reports with the Office of the U.S. Trustee.

Reviewed the schedules of assets and liabilities filed by debtor.

Examined the debtor at the meetings of creditors.

Consulted with creditors and parties in interest regarding assets of the estate.

Reviewed the claims and prepared the final report.

**EXHIBIT B**

**FORM 1**  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page No: 1

| Case No.: | 07-16611 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | WOLTER, THOMAS C | Date Filed (f) or Converted (c): | 09/12/2007 (f) |
| For the Period Ending: | 4/15/2009 | §341(a) Meeting Date: | 10/15/2007 |
| | | Claims Bar Date: | 02/08/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | cash<br>Location: In debtor's possession | $300.00 | $0.00 | DA | $0.00 | FA |
| 2 | checking account 2260831199<br>Location: Associated Bank | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | Savings Account Assciated Bank<br>Location: Associated Bank | $32,750.00 | $28,950.00 | DA | $28,950.00 | FA |
| 4 | security deposit<br>Location: landlord | $600.00 | $0.00 | DA | $0.00 | FA |
| 5 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 6 | 7 rooms of household goods furniture and furnishings, TV, stereo, computer system, washer dryer personal effects<br>Location: In debtor's possession | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 7 | crystal glasses, 2 old paintings<br>Location: In debtor's possession | $250.00 | $0.00 | DA | $0.00 | FA |
| 8 | necessary clothing<br>Location: In debtor's possession | $500.00 | $0.00 | DA | $0.00 | FA |
| 9 | whole life insurance policy<br>Location: In debtor's possession | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 10 | 1991 Buick Skylark automobile<br>Location: In debtor's possession | $1,200.00 | $0.00 | DA | $0.00 | FA |
| 11 | deceased spouses share homestead (u) | $15,000.00 | $15,000.00 | DA | $10,000.00 | FA |
| Asset Notes: | spouse died before bankruptcy filed. | | | | | |
| 12 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Savings acct Assoc Bank holding proceeds of homestead sale | $15,000.00 | $0.00 | DA | $0.00 | FA |
| Asset Notes: | Turnover of funds | | | | | |
| INT | Interest Asset | Unknown | Unknown | | $155.87 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                 **Gross Value of Remaining Assets**

$69,100.00          $43,950.00          $39,105.87          $0.00

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 07-16611 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WOLTER, THOMAS C | Date Filed (f) or Converted (c): | 09/12/2007 (f) |
| For the Period Ending: | 4/15/2009 | §341(a) Meeting Date: | 10/15/2007 |
| | | Claims Bar Date: | 02/08/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities affecting case closing:**
Collected a non exempt bank account. There is the issue of proceeds of sale of residence and reinvesting with in one year to keep the proceeds. Tom Springer represents me.
Updated File up to 8/19/08 (no new documents)

**Initial Projected Date Of Final Report (TFR):**   12/31/2008      **Current Projected Date Of Final Report (TFR):**   07/31/2009

**EXHIBIT C**

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-16611 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WOLTER, THOMAS C | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | 756824426 | Money Market Acct #: | 3754418440 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MONEY MARKET |
| For Period Beginning: | 9/12/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/18/2007 | (3) | SCHEFLOW & RYDELL | Proceed Of a savings account | 1129-000 | $28,950.00 | | $28,950.00 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $7.73 | | $28,957.73 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $3.61 | | $28,961.34 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $28,961.34 | $0.00 |

|  | TOTALS: | $28,961.34 | $28,961.34 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank transfers/CDs | $0.00 | $28,961.34 | |
|  | Subtotal | $28,961.34 | $0.00 | |
|  | Less: Payments to debtors | $0.00 | $0.00 | |
|  | Net | $28,961.34 | $0.00 | |

| For the period of 9/12/2007 to 4/15/2009 | | For the entire history of the account between 10/22/2007 to 4/15/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $28,961.34 | Total Compensable Receipts: | $28,961.34 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,961.34 | Total Comp/Non Comp Receipts: | $28,961.34 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $28,961.34 | Total Internal/Transfer Disbursements: | $28,961.34 |

Page No: 2

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-16611 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | WOLTER, THOMAS C | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756824426 | Checking Acct #: | 7117076611 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/12/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # 8117076611 | Transfer For Bond Payment | 9999-000 | $26.52 | | $26.52 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $26.52 | $0.00 |
| 09/19/2008 | | Transfer From Acct#8117076611 | | 9999-000 | $7,000.00 | | $7,000.00 |
| 09/19/2008 | 2002 | Thomas E Springer | Fees Persuant to 8/19/08 fee order. | 3210-000 | | $7,000.00 | $0.00 |
| 04/02/2009 | | Transfer From MMA # 8117076611 | Transfer For Bond Payment | 9999-000 | $23.28 | | $23.28 |
| 04/02/2009 | | Transfer From MMA # 8117076611 | Transfer For Bond Payment | 9999-000 | $23.28 | | $46.56 |
| 04/02/2009 | | Transfer To Acct#8117076611 | | 9999-000 | | $23.28 | $23.28 |
| 04/02/2009 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $23.28 | $0.00 |
| 04/02/2009 | 2003 | VOID: International Sureties, LTD. | | 2300-003 | | ($23.28) | $23.28 |
| 04/02/2009 | 2004 | International Sureties, LTD. | Bond Payment | 2300-000 | | $23.28 | $0.00 |

|  | TOTALS: | $7,073.08 | $7,073.08 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank transfers/CDs | $7,073.08 | $23.28 | |
|  | Subtotal | $0.00 | $7,049.80 | |
|  | Less: Payments to debtors | $0.00 | $0.00 | |
|  | Net | $0.00 | $7,049.80 | |

| For the period of 9/12/2007 to 4/15/2009 | | For the entire history of the account between 03/31/2008 to 4/15/2009 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $7,073.08 | Total Internal/Transfer Receipts: | $7,073.08 |
| | | | |
| Total Compensable Disbursements: | $7,049.80 | Total Compensable Disbursements: | $7,049.80 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,049.80 | Total Comp/Non Comp Disbursements: | $7,049.80 |
| Total Internal/Transfer Disbursements: | $23.28 | Total Internal/Transfer Disbursements: | $23.28 |

Page No: 3

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 07-16611 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WOLTER, THOMAS C | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756824426 | | Money Market Acct #: | 8117076611 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 9/12/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $28,961.34 | | $28,961.34 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $10.95 | | $28,972.29 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $14.76 | | $28,987.05 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $14.02 | | $29,001.07 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $11.49 | | $29,012.56 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $11.26 | | $29,023.82 |
| 04/02/2008 | | Transfer To # 7117076611 | Transfer For Bond Payment | 9999-000 | | $26.52 | $28,997.30 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $9.51 | | $29,006.81 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $9.83 | | $29,016.64 |
| 06/18/2008 | (11) | Thomas C. Wolter | Additional Sale Proceeds Of Debtors recidence | 1229-000 | $10,000.00 | | $39,016.64 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $10.39 | | $39,027.03 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $12.26 | | $39,039.29 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $9.92 | | $39,049.21 |
| 09/19/2008 | | Transfer To Acct#7117076611 | | 9999-000 | | $7,000.00 | $32,049.21 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $9.09 | | $32,058.30 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $6.22 | | $32,064.52 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $4.12 | | $32,068.64 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $3.42 | | $32,072.06 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.72 | | $32,074.78 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $2.46 | | $32,077.24 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.11 | | $32,079.35 |
| 04/02/2009 | | Transfer From Acct#7117076611 | | 9999-000 | $23.28 | | $32,102.63 |
| 04/02/2009 | | Transfer To # 7117076611 | Transfer For Bond Payment | 9999-000 | | $23.28 | $32,079.35 |
| 04/02/2009 | | Transfer To # 7117076611 | Transfer For Bond Payment | 9999-000 | | $23.28 | $32,056.07 |

SUBTOTALS   $39,129.15   $7,073.08

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-16611 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WOLTER, THOMAS C | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756824426 | | Money Market Acct #: | 8117076611 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 9/12/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2009 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $39,129.15 | $7,073.08 | $32,056.07 |
| | | | Less: Bank transfers/CDs | | $28,984.62 | $7,073.08 | |
| | | | Subtotal | | $10,144.53 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $10,144.53 | $0.00 | |

**For the period of 9/12/2007 to 4/15/2009**

| | |
|---|---|
| Total Compensable Receipts: | $10,144.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,144.53 |
| Total Internal/Transfer Receipts: | $28,984.62 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $7,073.08 |

**For the entire history of the account between 11/08/2007 to 4/15/2009**

| | |
|---|---|
| Total Compensable Receipts: | $10,144.53 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,144.53 |
| Total Internal/Transfer Receipts: | $28,984.62 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $7,073.08 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-16611 | Trustee Name: | Horace Fox, Jr. |
| --- | --- | --- | --- |
| Case Name: | WOLTER, THOMAS C | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | 756824426 | Money Market Acct #: | 8117076611 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MMA |
| For Period Beginning: | 9/12/2007 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/15/2009 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- | --- |
| | | $39,105.87 | $7,049.80 | $32,056.07 |

**For the period of 9/12/2007 to 4/15/2009**

| | |
| --- | --- |
| Total Compensable Receipts: | $39,105.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,105.87 |
| Total Internal/Transfer Receipts: | $36,057.70 |
| | |
| Total Compensable Disbursements: | $7,049.80 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,049.80 |
| Total Internal/Transfer Disbursements: | $36,057.70 |

**For the entire history of the case between 09/12/2007 to 4/15/2009**

| | |
| --- | --- |
| Total Compensable Receipts: | $39,105.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,105.87 |
| Total Internal/Transfer Receipts: | $36,057.70 |
| | |
| Total Compensable Disbursements: | $7,049.80 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,049.80 |
| Total Internal/Transfer Disbursements: | $36,057.70 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| WOLTER, THOMAS C | ) | CASE NO. 07-16611 |
| | ) | |
| Debtor. | ) | Hon. EUGENE R. WEDOFF |

## DISTRIBUTION REPORT

I, HORACE FOX, JR., Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $4,660.59 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $27,395.48 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$32,056.07** |

## CLAIMS DISTRIBUTION REGISTER
### EXHIBIT D
CASE: 07-16611   WOLTER, THOMAS C

| Claim No. | Date | Claimant | Category | Amount Filed | Amount Allowed | Paid To Date | Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Trustee Compensation** | | | | | | | | |
| | 04/02/2009 | Lehman and Fox<br>6 East Monroe #1004<br>Chicago, IL 60603<br>NOTES: | 2100-000 | $4,660.59 | $4,660.59 | $.00 | $4,660.59 | $4,660.59 |
| Percent Paid: | | | | 100.00% | | | | |
| Total for Trustee Compensation | | | | $4,660.59 | $4,660.59 | $0.00 | $4,660.59 | $4,660.59 |
| **Attorney for Trustee Fees (Other Firm)** | | | | | | | | |
| 5 | 09/19/2008 | Thomas E Springer<br>400 S. County Farm Rd, # 330<br>Wheaton, IL 60187<br>NOTES: Fees Persuant to 8/19/08 fee order | 3210-000 | $7,000.00 | $7,000.00 | $7,000.00 | $0.00 | $0.00 |
| Percent Paid: | | | | 100.00% | | | | |
| Total for Attorney for Trustee Fees (Other Firm) | | | | $7,000.00 | $7,000.00 | $7,000.00 | $0.00 | $0.00 |
| **General Unsecured 726(a)(2)** | | | | | | | | |
| 1 | 12/18/2007 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>NOTES: | 7100-000 | $3,352.95 | $3,352.95 | $.00 | $3,352.95 | $3,352.95 |
| Percent Paid: | | | | 100.00% | | | | |
| 2 | 12/18/2007 | LVNV Funding LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br>NOTES: | 7100-000 | $6,076.65 | $6,076.65 | $.00 | $6,076.65 | $6,076.65 |
| Percent Paid: | | | | 100.00% | | | | |
| 3 | 01/29/2008 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card Services III<br>POB 35480<br>Newark, NJ 07193-5480<br>NOTES: | 7100-000 | $1,994.03 | $1,994.03 | $.00 | $1,994.03 | $1,994.03 |
| Percent Paid: | | | | 100.00% | | | | |
| 4 | 02/02/2008 | eCast Settlement Corp.<br>by eCAST Settlement Corporation as its agent<br>POB 35480<br>Newark, NJ 07193-5480 | 7100-000 | $9,292.11 | $9,292.11 | $.00 | $9,292.11 | $9,292.11 |
| Percent Paid: | | | | 100.00% | | | | |
| Total for General Unsecured 726(a)(2) | | | | $20,715.74 | $20,715.74 | $0.00 | $20,715.74 | $20,715.74 |
| **Tardy General Unsecured 726(a)(3)** | | | | | | | | |
| 5 | 04/02/2009 | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Americaninfosource LP<br>4515 N. Santa Fe Ave<br>Oklahoma City, OK 73118 | | 7200-000 | $19,843.13 | $19,843.13 | $.00 | $19,843.13 | $6,679.74 |
| Percent Paid: | | 33.66% | | | | | | |
| **Total for Tardy General Unsecured 726(a)(3)** | | | | $19,843.13 | $19,843.13 | $0.00 | $19,843.13 | $6,679.74 |
| **Case Totals** | | | | $52,219.46 | $52,219.46 | $7,000.00 | $45,219.46 | $32,056.07 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____      _____

                                                                          HORACE FOX, JR., Trustee