UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| WOLTER, THOMAS C | ) | CASE NO. 07-16611 |
| | ) | |
| Debtor(s). | ) | Hon. CAROL A. DOYLE |

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, IL 60604

    On: **June 30, 2009**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $39,105.87 |
    | Disbursements | $7,049.80 |
    | Net Cash Available for Distribution | $32,056.07 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Lehman and Fox<br>Trustee | $.00 | $4,660.59 | |
| Thomas E Springer<br>Attorney | $7,000.00 | $0.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows.

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

7. Claims of general unsecured creditors totaling $40,558.87 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 67.54%.

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | LVNV Funding LLC its successors and assigns as | $3,352.95 | $3,352.95 |
| 2 | LVNV Funding LLC its successors and assigns as | $6,076.65 | $6,076.65 |
| 3 | eCAST Settlement Corporation assignee of | $1,994.03 | $1,994.03 |
| 4 | eCast Settlement Corp. | $9,292.11 | $9,292.11 |
| 6 | Americaninfosource LP | $19,843.13 | $6,679.74 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

DATED: **June 2, 2009**            For the Court,

By: **KENNETH S. GARDNER**

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Trustee: HORACE FOX, JR.
Address: 6 East Monroe
Suite 1004
Chicago, IL 60603
Phone No.: (312) 332-5642

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Jun 02, 2009
Case: 07-16611                 Form ID: pdf002              Total Served: 33

The following entities were served by first class mail on Jun 04, 2009.
db           +Thomas C Wolter,    860 Hiawatha Dr,    Elgin, IL 60120-3128
aty          +Douglas J. Scheflow,    Scheflow & Rydell,    63 Douglas Avenue,    Suite 200,
               Elgin, IL 60120-5575
aty          +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,     400 S. County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
11605288      ALLIANCE RECEIVABLES MANAGEMEI,    ACCT# 6772,    PO BOX 21882,    EAGAN MN 55121-0882
13072852     +AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA Card Services, NA/Bank of America,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
11605289      ANIL K KHEMANI M D S C,    ACCT# 3280,    3703 DOTY ROAD SUITE 4,    WOODSTOCK IL 60098-7517
11605290      BANK OF AMERICA,    ACCT# 6813,    PO BOX 15726,    WILMINGTON DE 19886-5726
11605291      BANK OF AMERICA,    ACCT# 0823,    PO BOX 15726,    WILMINGTON DE 19886-5726
11605292     +BARRINGTON CARDIOLOGY SC,    912 W NORTHWEST HWY #100,    FOX RIVER GROVE IL 60021-1925
11605293      BENEFICIAL FINANCE,    ACCT# 2408,    P O BOX 17574,    BALTIMORE MD 21297-1574
11605294      CAPITAL ONE BANK,    ACCT# 0964,    P O BOX 30285,    SALT LAKE CITY UT 84130-0285
11605295      CHASE CARD SERVICE,    ACCT# 7480,    CARDMEMBER SERVICE,    PO BOX 15153,
               WILMINGTON DE 19886-5153
11605296     +CITI CARDS,    ACCT# 5310,    BOX 6000,    THE LAKES NV 89163-0001
11605297      CITICORP CREDIT SERVICES INC,    ACCT# 6772,    P O BOX 510477,    LIVONIA MI 48151-6477
11605298     +CITY OF ELGIN,    ACCT# 6475,    AMBULANCE BILLING,    P O BOX 457,    WHEELING IL 60090-0457
11605299     +DOUGLAS J SCHEFLOW,    63 DOUGLAS AVENUE SUITE 200,    ELGIN ILLINOIS 60120-5575
11605300     +ELGIN MEDI-TRANSPORT INC,    ACCT# 1125,    BILLING OFFICE,    PO BOX 323,    ELGIN IL 60121-0323
11605301      FOX VALLEY HEMATOLOGY & ONCOLO,    ACCT# 2690,    1710 N RANDALL RD STE 300,    ELGIN,
               IL 60123-9405
11605302      FOX VALLEY LABORATORY PHYSICIA,    ACCT# 9FOX,    P O BOX 5133,    CHICAGO IL 60680-5133
11605303      GREATER ELGIN EMERGENCY SPECIA,    ACCT# 7930,    PO BOX 5940,    DEPT 20 1105,
               CAROL STREAM IL 60197-5940
11605304      HSBC CARD SERVICES,    ACCT# 8478,    P O BOX 80053,    SALINAS CA 93912-0053
11923119      Household Finance Corporation/Beneficial,    by eCAST Settlement Corporation,    as its agent,
               POB 35480,    Newark NJ 07193-5480
11605305      IL DEPARTMENT OF PUBLIC AID,    ACCT# 4289,    600 SOUTH STATE STREET,    ELGIN IL 60123-7610
11605306     +NORTHWEST PRIMARY CARE,    ACCT# A000,    4900 S ROUTE 31 SUITE 117,
               CRYSTAL LAKE IL 60012-3706
11605307      NORTHWEST SUBURBAN IMAGING ASC,    ACCT# 0354,    34659 EAGLE WAY,    CHICAGO IL 60678-0001
11605308      SEARS NATIONAL BANK,    ACCT# 9833,    PO BOX 183081,    COLUMBUS OH 43218-3081
11605309     +SHERMAN HOSPITAL,    ACCT# 0354,    35134 EAGLE WAY,    CHICAGO IL 60678-0001
11605310     +SPECIALISTS IN GASTROENTEROLOG,    ACCT# 8567,    1710 N RANDALL ROAD SUITE #2,
               ELGIN IL 60123-9400
11605311      THOMAS C WOLTER,    20 E ELIZABETH STREET,    MILTON WI 53563-1614
12122003      eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
11907250      eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC,    Card Services III,
               POB 35480,    Newark NJ 07193-5480
The following entities were served by electronic transmission on Jun 03, 2009.
tr           +E-mail/Text: HFOX@LEHMANFOX.COM                           Horace Fox, JR,   Lehman & Fox,
               6 E Monroe St,   Chicago, IL 60603-2704
11819806      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Springer, Brown, Covey, Gaertner & Davis, LLC
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 04, 2009**          **Signature:** *Joseph Speetjens*