UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 07-16611 |
| | § | |
| THOMAS C WOLTER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $69,100.00 | Assets Exempt: | $25,150.00 |
| Total Distributions to Claimants: | $27,395.48 | Claims Discharged Without Payment: | $137,407.85 |
| Total Expenses of Administration: | $11,710.39 | | |

3)   Total gross receipts of $39,105.87  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $39,105.87 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $11,710.39 | $11,710.39 | $11,710.39 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $5,000.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $153,444.46 | $40,558.87 | $40,558.87 | $27,395.48 |
| **Total Disbursements** | $158,444.46 | $52,269.26 | $52,269.26 | $39,105.87 |

4). This case was originally filed under chapter 7 on 09/12/2007. The case was pending for 37 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/12/2010    By: /s/ Horace Fox, Jr.
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| deceased spouses share homestead | 1110-000 | $10,000.00 |
| Savings Account Assciated BankLocation: Associated Bank | 1129-000 | $28,950.00 |
| Interest Asset | 1270-000 | $155.87 |
| **TOTAL GROSS RECEIPTS** | | $39,105.87 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $4,660.59 | $4,660.59 | $4,660.59 |
| International Sureties, LTD. | 2300-000 | NA | $49.80 | $49.80 | $49.80 |
| Thomas E Springer, Attorney for Trustee | 3210-000 | NA | $7,000.00 | $7,000.00 | $7,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $11,710.39 | $11,710.39 | $11,710.39 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of Public Aid | 5800-000 | $5,000.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $5,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | LVNV Funding LLC its successors and assigns as | 7100-000 | NA | $3,352.95 | $3,352.95 | $3,352.95 |
| 2 | LVNV Funding LLC its successors and assigns as | 7100-000 | $6,000.00 | $6,076.65 | $6,076.65 | $6,076.65 |
| 3 | eCAST Settlement Corporation assignee of | 7100-000 | $1,700.00 | $1,994.03 | $1,994.03 | $1,994.03 |
| 4 | eCast Settlement Corp. | 7100-000 | $8,500.00 | $9,292.11 | $9,292.11 | $9,292.11 |
| 5 | Americaninfosource LP | 7200-000 | $18,000.00 | $19,843.13 | $19,843.13 | $6,679.74 |
| | Anil K. Khemani, M.D.S.C. | 7100-000 | $40.00 | NA | NA | $0.00 |
| | Bank of America | 7100-000 | $17,000.00 | NA | NA | $0.00 |
| | Barrington Cardiology SC | 7100-000 | $55.00 | NA | NA | $0.00 |
| | Capital One Bank | 7100-000 | $7,600.00 | NA | NA | $0.00 |
| | Chase Card Service | 7100-000 | $21,000.00 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $17,500.00 | NA | NA | $0.00 |
| | City of Elgin | 7100-000 | $333.61 | NA | NA | $0.00 |
| | Elgin Medi-Transport Inc | 7100-000 | $349.00 | NA | NA | $0.00 |
| | Fox Valley Hematology & Oncolo | 7100-000 | $1,315.00 | NA | NA | $0.00 |
| | Fox Valley Laboratory Physicia | 7100-000 | $1,452.80 | NA | NA | $0.00 |
| | Greater Elgin Emergency Specia | 7100-000 | $812.00 | NA | NA | $0.00 |
| | Northwest Primary Care | 7100-000 | $1,756.00 | NA | NA | $0.00 |
| | Northwest Suburban Imaging ASC | 7100-000 | $188.00 | NA | NA | $0.00 |
| | Sears National Bank | 7100-000 | $2,700.00 | NA | NA | $0.00 |
| | Sherman Hospital | 7100-000 | $45,908.05 | NA | NA | $0.00 |
| | Specialists in Gastroenterolog | 7100-000 | $1,235.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $153,444.46 | $40,558.87 | $40,558.87 | $27,395.48 |

**UST Form 101-7-TDR (10/1/2010)**

Case 07-16611    Doc 53    Filed 11/01/10    Entered 11/01/10 15:30:39    Desc Main
Document      Page 5 of 13

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 07-16611 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | WOLTER, THOMAS C | Date Filed (f) or Converted (c): | 09/12/2007 (f) |
| For the Period Ending: | 10/12/2010 | §341(a) Meeting Date: | 10/15/2007 |
| | | Claims Bar Date: | 02/08/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  cash  Location: In debtor's possession | $300.00 | $0.00 | DA | $0.00 | FA |
| 2  checking account 2260831199  Location: Associated Bank | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 3  Savings Account Assciated Bank  Location: Associated Bank | $32,750.00 | $28,950.00 | DA | $28,950.00 | FA |
| 4  security deposit  Location: landlord | $600.00 | $0.00 | DA | $0.00 | FA |
| 5  VOID | $0.00 | $0.00 | | $0.00 | FA |
| 6  7 rooms of household goods furniture and furnishings, TV, stereo, computer system, washer dryer personal effects  Location: In debtor's possession | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 7  crystal glasses, 2 old paintings  Location: In debtor's possession | $250.00 | $0.00 | DA | $0.00 | FA |
| 8  necessary clothing  Location: In debtor's possession | $500.00 | $0.00 | DA | $0.00 | FA |
| 9  whole life insurance policy  Location: In debtor's possession | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 10  1991 Buick Skylark automobile  Location: In debtor's possession | $1,200.00 | $0.00 | DA | $0.00 | FA |
| 11  deceased spouses share homestead  (u) | $15,000.00 | $15,000.00 | DA | $10,000.00 | FA |
| **Asset Notes:** spouse died before bankruptcy filed. | | | | | |
| 12  VOID | $0.00 | $0.00 | | $0.00 | FA |
| 13  Savings acct Assoc Bank holding proceeds of homestead sale | $15,000.00 | $0.00 | DA | $0.00 | FA |
| **Asset Notes:** Turnover of funds | | | | | |
| INT  Interest Asset | Unknown | Unknown | | $155.87 | Unknown |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$69,100.00    $43,950.00    $39,105.87    $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2 Exhibit 8

| Case No.: | 07-16611 | Trustee Name: | Horace Fox, Jr. |
| Case Name: | WOLTER, THOMAS C | Date Filed (f) or Converted (c): | 09/12/2007 (f) |
| For the Period Ending: | 10/12/2010 | §341(a) Meeting Date: | 10/15/2007 |
| | | Claims Bar Date: | 02/08/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**
  Collected a non exempt bank account. There is the issue of proceeds of sale of residence and reinvesting with in one year to keep the proceeds. Tom Springer represents me.
  Updated File up to 8/19/08 (no new documents)
  TRFR submitted to the USTR
  Fee orders entered and checks cut.
  Get zero balance statement and do final account.
  Got zero balance bk statement. FA ready, after 6.30.10 cases. Draft final account prepared.

**Initial Projected Date Of Final Report (TFR):** 12/31/2008     **Current Projected Date Of Final Report (TFR):** 07/31/2009

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1   Exhibit 9

| Case No. | 07-16611 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | WOLTER, THOMAS C | | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******4426 | | | Money Market Acct #: | ******8440 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 9/12/2007 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/18/2007 | (3) | SCHEFLOW & RYDELL | Proceed Of a savings account | 1129-000 | $28,950.00 | | $28,950.00 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $7.73 | | $28,957.73 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $3.61 | | $28,961.34 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $28,961.34 | $0.00 |
| | | | **TOTALS:** | | $28,961.34 | $28,961.34 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $28,961.34 | |
| | | | Subtotal | | $28,961.34 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $28,961.34 | $0.00 | |

| For the period of 9/12/2007 to 10/12/2010 | | For the entire history of the account between 10/22/2007 to 10/12/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $28,961.34 | Total Compensable Receipts: | $28,961.34 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $28,961.34 | Total Comp/Non Comp Receipts: | $28,961.34 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $28,961.34 | Total Internal/Transfer Disbursements: | $28,961.34 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 07-16611 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | WOLTER, THOMAS C | | | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** | ******4426 | | | **Checking Acct #:** | ******6611 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | |
| **For Period Beginning:** | 9/12/2007 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/12/2010 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/02/2008 | | Transfer From MMA # ******6611 | Transfer For Bond Payment | 9999-000 | $26.52 | | $26.52 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $26.52 | $0.00 |
| 09/19/2008 | | Transfer From Acct#******6611 | | 9999-000 | $7,000.00 | | $7,000.00 |
| 09/19/2008 | 2002 | Thomas E Springer | Fees Persuant to 8/19/08 fee order. | 3210-000 | | $7,000.00 | $0.00 |
| 04/02/2009 | | Transfer From MMA # ******6611 | Transfer For Bond Payment | 9999-000 | $23.28 | | $23.28 |
| 04/02/2009 | | Transfer From MMA # ******6611 | Transfer For Bond Payment | 9999-000 | $23.28 | | $46.56 |
| 04/02/2009 | | Transfer To Acct#******6611 | | 9999-000 | | $23.28 | $23.28 |
| 04/02/2009 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $23.28 | $0.00 |
| 04/02/2009 | 2003 | VOID: International Sureties, LTD. | | 2300-003 | | ($23.28) | $23.28 |
| 04/02/2009 | 2004 | International Sureties, LTD. | Bond Payment | 2300-000 | | $23.28 | $0.00 |
| 05/20/2009 | | Transfer From Acct#******6611 | | 9999-000 | $32,056.07 | | $32,056.07 |
| 07/24/2009 | 2005 | Horace Fox, Jr. | | 2100-000 | | $4,660.59 | $27,395.48 |
| 07/24/2009 | 2006 | LVNV Funding LLC its successors and assigns as | | 7100-000 | | $3,352.95 | $24,042.53 |
| 07/24/2009 | 2007 | LVNV Funding LLC its successors and assigns as | | 7100-000 | | $6,076.65 | $17,965.88 |
| 07/24/2009 | 2008 | eCAST Settlement Corporation assignee of | | 7100-000 | | $1,994.03 | $15,971.85 |
| 07/24/2009 | 2009 | eCast Settlement Corp. | | 7100-000 | | $9,292.11 | $6,679.74 |
| 07/24/2009 | 2010 | Americaninfosource LP | | 7200-000 | | $6,679.74 | $0.00 |

| | | | | **SUBTOTALS** | $39,129.15 | $39,129.15 |
|---|---|---|---|---|---|---|

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 07-16611 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WOLTER, THOMAS C | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4426 | | Checking Acct #: | ******6611 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/12/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $39,129.15 | $39,129.15 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $39,129.15 | $23.28 | |
|  |  |  | **Subtotal** |  | $0.00 | $39,105.87 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $0.00 | $39,105.87 | |

**For the period of 9/12/2007 to 10/12/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $39,129.15 |
| | |
| Total Compensable Disbursements: | $39,105.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,105.87 |
| Total Internal/Transfer Disbursements: | $23.28 |

**For the entire history of the account between 03/31/2008 to 10/12/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $39,129.15 |
| | |
| Total Compensable Disbursements: | $39,105.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,105.87 |
| Total Internal/Transfer Disbursements: | $23.28 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 07-16611 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WOLTER, THOMAS C | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4426 | | Money Market Acct #: | ******6611 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 9/12/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $28,961.34 | | $28,961.34 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $10.95 | | $28,972.29 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $14.76 | | $28,987.05 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $14.02 | | $29,001.07 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $11.49 | | $29,012.56 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $11.26 | | $29,023.82 |
| 04/02/2008 | | Transfer To  # ******6611 | Transfer For Bond Payment | 9999-000 | | $26.52 | $28,997.30 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $9.51 | | $29,006.81 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $9.83 | | $29,016.64 |
| 06/18/2008 | (11) | Thomas C. Wolter | Additional Sale Proceeds Of Debtors recidence | 1229-000 | $10,000.00 | | $39,016.64 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $10.39 | | $39,027.03 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $12.26 | | $39,039.29 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $9.92 | | $39,049.21 |
| 09/19/2008 | | Transfer To Acct#******6611 | | 9999-000 | | $7,000.00 | $32,049.21 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $9.09 | | $32,058.30 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $6.22 | | $32,064.52 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $4.12 | | $32,068.64 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $3.42 | | $32,072.06 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.72 | | $32,074.78 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $2.46 | | $32,077.24 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.11 | | $32,079.35 |
| 04/02/2009 | | Transfer From  Acct#******6611 | | 9999-000 | $23.28 | | $32,102.63 |
| 04/02/2009 | | Transfer To  # ******6611 | Transfer For Bond Payment | 9999-000 | | $23.28 | $32,079.35 |
| 04/02/2009 | | Transfer To  # ******6611 | Transfer For Bond Payment | 9999-000 | | $23.28 | $32,056.07 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $1.32 | | $32,057.39 |
| 05/19/2009 | | DEP REVERSE: Sterling Bank | | 1270-000 | ($1.32) | | $32,056.07 |
| 05/20/2009 | | Transfer To Acct#******6611 | | 9999-000 | | $32,056.07 | $0.00 |

**SUBTOTALS** $39,129.15   $39,129.15

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 07-16611 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WOLTER, THOMAS C | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******4426 | | Money Market Acct #: | ******6611 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 9/12/2007 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/12/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $39,129.15 | $39,129.15 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $28,984.62 | $39,129.15 | |
| | | | **Subtotal** | | $10,144.53 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $10,144.53 | $0.00 | |

| For the period of 9/12/2007 to 10/12/2010 | | For the entire history of the account between 11/08/2007 to 10/12/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,144.53 | Total Compensable Receipts: | $10,144.53 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,144.53 | Total Comp/Non Comp Receipts: | $10,144.53 |
| Total Internal/Transfer Receipts: | $28,984.62 | Total Internal/Transfer Receipts: | $28,984.62 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $39,129.15 | Total Internal/Transfer Disbursements: | $39,129.15 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 07-16611 |
| Case Name: | WOLTER, THOMAS C |
| Primary Taxpayer ID #: | ******4426 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 9/12/2007 |
| For Period Ending: | 10/12/2010 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | STERLING BANK |
| Money Market Acct #: | ******6611 |
| Account Title: | MMA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $39,105.87 | $39,105.87 | $0.00 |

**For the period of 9/12/2007 to 10/12/2010**

| | |
|---|---|
| Total Compensable Receipts: | $39,105.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,105.87 |
| Total Internal/Transfer Receipts: | $68,113.77 |
| | |
| Total Compensable Disbursements: | $39,105.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,105.87 |
| Total Internal/Transfer Disbursements: | $68,113.77 |

**For the entire history of the case between 09/12/2007 to 10/12/2010**

| | |
|---|---|
| Total Compensable Receipts: | $39,105.87 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $39,105.87 |
| Total Internal/Transfer Receipts: | $68,113.77 |
| | |
| Total Compensable Disbursements: | $39,105.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $39,105.87 |
| Total Internal/Transfer Disbursements: | $68,113.77 |